## HUNT *a.* ENOCH.

*New York Common Pleas ; Special Term, February,* 1858.

SUPPLEMENTARY PROCEEDINGS.—QUESTIONS NOT ALLOWABLE.

On examination in supplementary proceedings, the debtor cannot be required to answer any questions which do not tend to show whether he is in the possession of, or entitled to, any property which a judge of the court might order to be applied towards the satisfaction of the judgment.

Motion for an attachment.

On an examination of the defendant before a referee, under an order supplementary to execution, certain questions were put to him, and allowed by the referee, but which he declined answering.

The plaintiff, on notice, applied to the court for an attachment against the defendant for contempt in refusing to answer as directed by the referee.

HILTON, J.—As the inquiry sought by the questions objected to would not tend to show that the defendant was in the possession of, or entitled to, any property which a judge of this court might order or direct to be applied towards the satisfaction of the judgment (*Code*, §§ 297, 299), the objections are sustained, and the defendant discharged from further examination under this proceeding.

Motion denied.